# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR ORONDE MOORE, | CASE NO. 5:16-cv-000915-JAK (SK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOEL D. MARTINEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Habeas Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 7, 2017

HON. JOHN A. KRONSTADT
U.S. DISTRICT JUDGE